PROB 12B
(7/93)

# United States District Court

for the

## Eastern District of Washington

### Request for Modifying the Conditions or Term of Supervision
### with Consent of the Offender
(Probation Form 49, Waiver of Hearing is Attached)

| | |
|---|---|
| Name of Offender: Shannon Lee Cummins | Case Number: 2:13CR00037-001 |
| Name of Sentencing Judicial Officer: The Honorable Fred Van Sickle, Senior U.S. District Judge | |
| Date of Original Sentence: June 20, 2013 | Type of Supervision: Supervised Release |
| Original Offense: Possessing, Making, and Uttering a Forged Security of an Organization, 18 U.S.C. § 513(a) | Date Supervision will Commence: December 11, 2013 |
| Original Sentence: Prison - 10 months<br>            TSR - 36 months | Date Supervision to Expire: December 10, 2016 |

## PETITIONING THE COURT

To modify the conditions of supervision as follows:

23    You shall reside in a residential reentry center (RRC) for a period of up to 180 days. You shall abide by the rules and requirements of the facility and shall participate in programs offered by the facility at the direction of the supervising officer.

## CAUSE

Shannon Cummins is currently in the custody of the Federal Bureau of Prisons, as a result of Your Honor's sentence imposed on June 20, 2013. She is scheduled to release from custody directly to the community without benefit of the residential reentry center (RRC) program on or about December 11, 2013.

On November 20, 2013, collateral contact with the offender's case manager at FCI Dublin was established to address release plans. The undersigned officer also spoke with the offender, and encouraged her to allow the Eastern District of Washington to assist her to obtain housing through a RRC placement. Shannon Cummins admitted that she has no viable residence upon release from custody. Ms. Cummins has a long history of substance abuse and emotional health issues. It is believed that the offender will benefit from residing at a RRC in order to provide her stable housing, employment assistance, and a clean and sober environment. It appears she is cognizant that she will be vulnerable to make poor decisions without the support of a RRC placement.

Ms. Cummins has been advised that if she can obtain appropriate housing and employment prior to the end of the 6-month term on her RRC placement, the U.S. Probation Office will notify the Court and request that she be released immediately.

Prob 12B
**Re: Cummins, Shannon Lee**
**November 25, 2013**
**Page 2**

It is respectfully recommended that the attached waiver of hearing to modify conditions of supervised release be adopted to require Shannon Cummins to reside in , and satisfactorily participate in, a RRC program as a condition of supervised release, up to 180 days.

Respectfully submitted,

by   s/Tommy Rosser

Tommy Rosser
U.S. Probation Officer
Date:  November 25, 2013

THE COURT ORDERS

[ ]   No Action
[ ]   The Extension of Supervision as Noted Above
[x]   The Modification of Conditions as Noted Above
[ ]   Other

s/ Fred Van Sickle

Signature of Judicial Officer

11/26/13

Date