PROB 12C
(7/93)

Report Date: May 12, 2015

# United States District Court

for the

Eastern District of Washington

Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Shannon Lee Cummins    Case Number: 2:13CR00037-RMP-1

Address of Offender: █████████████████████████████████████

Name of Sentencing Judicial Officer: The Honorable Fred Van Sickle, Senior U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Rosanna Malouf Peterson, Chief U.S. District Judge

Date of Original Sentence: June 20, 2013

| | |
|---|---|
| Original Offense: | Possessing, Making, and Uttering a Forged Security of an Organization, 18 U.S.C. § 513(a) |
| Original Sentence: | Prison - 10 months<br>TSR - 36 months |
| Type of Supervision: | Supervised Release |
| Asst. U.S. Attorney: | George J. C. Jacobs, III |
| Date Supervision Commenced: | December 11, 2013 |
| Defense Attorney: | Amy Rubin |
| Date Supervision Expires: | December 10, 2016 |

## PETITIONING THE COURT

To <u>issue a warrant</u> and incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 02/05/2015.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 2 | **Standard Condition # 6**: The defendant shall notify the probation officer at least ten days prior to any change in residence or employment.<br><br>**Supporting Evidence**: Shannon Lee Cummins violated the conditions of her supervised release on or about April 22, 2015, by failing to notify her supervising probation officer at least 10 days prior to her changing her residence. On May 11, 2015, the undersigned officer conducted a home visit at the offender's address in Spokane, Washington. Collateral contact with Shannon Cummins' mother, Leza Cummins, confirmed that the offender was told to leave the home on approximately April 22, 2015. In elaborating, Leza Cummins indicated that the offender had become threatening toward her, and had stolen items from the residence. On May 5, 2015, the offender appeared in the probation office and advised the undersigned officer of her possible move to another location within 3 days. At that time, Shannon Cummins was reminded by the undersigned officer to make proper notice prior to vacating the premises. Essentially, the offender had moved away from the apartment she shared with her mother prior to meeting with the undersigned officer, and then failed to report her change in residence. Leza Cummins is of the opinion her daughter is using illicit drugs, which may explain her behavior. The offender's whereabouts are currently unknown. |

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 05/12/2015

s/Tommy Rosser

Tommy Rosser
U.S. Probation Officer

## THE COURT ORDERS

[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[ ]   Defendant to appear before the Magistrate Judge.
[ ]   Other

Signature of Judicial Officer

May 12, 2015

Date