UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                  Plaintiff,<br><br>v.<br><br>SHANNON LEE CUMMINS,<br><br>                  Defendant. | NO:  2:13-CR-37-RMP<br><br>ORDER DENYING MOTION TO RECONSIDER SENTENCE IMPOSED DURING REVOCATION HEARING |

      Before the Court are Defendant Shannon Lee Cummins's Motion to Reconsider Sentence Imposed during Revocation Hearing, ECF No. 84, and Motion to Expedite, ECF No. 85.

      At a supervised release violation hearing held on May 14, 2015, the Court sentenced Ms. Cummins to five months of incarceration and two years of supervised release.  ECF No. 82.  Originally, the parties recommended a sentence of five months of incarceration and no additional period of supervised release.  The parties and the Court discussed during the hearing whether Ms. Cummins would be allowed to self-report for the sentence of incarceration after finishing her classes.

ORDER DENYING MOTION TO RECONSIDER SENTENCE IMPOSED
DURING REVOCATION HEARING ~ 1

In the current motion, defense counsel reports that Ms. Cummins has withdrawn from school. Ms. Cummins requests to begin serving her term of incarceration immediately and moves the Court to terminate the sentence of supervised release. The motion reflects that U.S. Probation Officer Tommy Rosser does not oppose Ms. Cummins's request. The Government has not responded.

The Court finds no basis to reconsider its prior sentence. If Ms. Cummins abides by the terms of her supervised release, however, she later may move for early termination. *See* 18 U.S.C. § 3583(e).

Accordingly, **IT IS HEREBY ORDERED**:

1. Ms. Cummins's Motion to Expedite, **ECF No. 85**, is **GRANTED**.

2. Ms. Cummins's Motion to Reconsider Sentence Imposed during Revocation Hearing, **ECF No. 84**, is **DENIED**.

The District Court Clerk is directed to enter this Order and provide copies to counsel and to U.S. Probation Officer Tommy Rosser.

**DATED** this 15th day of June 2015.

*s/ Rosanna Malouf Peterson*
ROSANNA MALOUF PETERSON
Chief United States District Court Judge